UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| ELAINE CHAO, SECRETARY OF LABOR,<br>United States Department of Labor, | * | |
| Plaintiff, | * | CA 07 074 S<br>CIVIL ACTION |
| v. | * | FILE NO. |
| UNITED MORTGAGE COMPANY and RICHARD J. COLARADO, SR., INDIVIDUALLY and RAYMOND J. DePATRILLO, INDIVIDUALLY, | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONSENT JUDGMENT

Plaintiff having filed a complaint and the Defendants having appeared by counsel, received a copy thereof, waived service of process and, without admitting liability, agreed to the entry of this judgment without contest.

It is therefore, ORDERED, ADJUDGED and DECREED that Defendants, their agents, servants, employees and all persons acting or claiming to act in their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of the Fair Labor Standards Act, as amended (29 USC 201 et seq. ), hereinafter referred to as the Act, in any of the following manners;

The Defendants shall not, contrary to Sections 6 and 15 (a)(2) of the Act, pay any employees who in any workweek are engaged in commerce or in the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of

goods for commerce, as defined by the Act, wages at rates less than the applicable minimum wage.

Defendants shall not, contrary to Sections 7 and 15 (a)(2) of the Act, employ any employees who in any workweek are engaged in commerce or in the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for work weeks longer than forty (40) hours, unless such employee receives compensation for his employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he is employed.

Defendants shall not fail to make, keep and preserve records of employees and of the wages, hours and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 C.F.R. 516.

Defendants shall utilize a payment period of no more than thirty (30) days' time with regard to loan officers' commissions and pay for hours worked.

Further, the Court finding as agreed to by the Defendants, but without admitting liability, that employees are due compensation in the amount of $40,000.00 in back wages as shown on the attached "Exhibit A", which is incorporated in and made a part hereof, it is

ORDERED, ADJUDGED and DECREED that the Defendants are restrained from withholding payment of said compensation.

The Defendants represent that they have been in compliance with the Act since July 2, 2005. In resolving the amount of back wages in this judgment, the Plaintiff has relied on this representation, and accordingly, the back wage provision of this judgment shall have no effect upon any back wages which may have accrued since that date.

The back wage provisions of this Judgment shall be deemed satisfied when the Defendants shall deliver to the persons listed on "Exhibit A" attached hereto the respective sum of $10,000.00, less deductions for each employees' share of social security and withholding taxes pursuant to the following installment plan: on or before the following four dates of March 2, 2007, June 1, 2007, September 4, 2007 and December 3, 2007.

The Defendants shall further provide Plaintiff with a copy of the payrolls or copies of the checks used to disburse the back wages and a statement attesting to the fact that such payment has been made.

Any net back wage amounts which cannot be distributed to the employees named in "Exhibit A", or to their estates if that be necessary because of inability of the parties to locate the proper persons, or because if such person's refusal to accept such sums, shall be forwarded to Plaintiff on or before November 15, 2007 as a single net check made payable to "Wage & Hour Division – Labor". Social Security and withholding deductions shall be forwarded to the appropriate authorities. When recovered wages have not been claimed by the employee within three (3) years, the Secretary of Labor shall deposit such money with the Clerk of this Court who shall forthwith deposit such money with the Treasurer of the United States, pursuant to 28 U.S.C. 2041.

Defendants shall not, under any circumstances, accept and keep any amount returned to them by a person owed compensation under this Judgment. Any such amount shall be immediately paid to the Plaintiff as above.

It is further ORDERED, ADJUDGED and DECREED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

Dated: 4/13/07, 2007.

UNITED MORTGAGE COMPANY

By ______________________

______________________
Richard J. Colorado, Sr.,
Indivudually

______________________
Raymond J. DePatrillo,
Indivudually

______________________
Attorney Mark Fay
Murphy & Fay
Attorneys for Defendants

DATE: Feb. 15, 2007

______________________
United States District Judge

Jonathan L. Snare
Acting Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

______________________
Paul J. Katz
Senior Trial Attorney

U.S. Department of Labor
Attorneys for Complainant

DATE: Feb. 22, 2007

EXHIBIT A

| | | |
|---|---|---|
| Bizzacco, Joseph | 4 Almond Drive<br>Johnston, Rhode Island 02919 | $1,509.90 |
| Camacho, Carlos | 1776 Bicentennial Way<br>North Providence, Rhode Island 02911 | $678.70 |
| Capobianco, Jr., John | 71 Hopkins Road<br>Johnston, Rhode Island 02919 | $2,739.70 |
| Grover, Lori | 3 Pavilion Court<br>Cranston, Rhode Island 02920 | $1,706.40 |
| Johnson, Joseph | P.O. Box 185<br>North Kingstown, Rhode Island 02852 | $5,825.90 |
| Kerns, Joseph | 4 Cove Court<br>North Providence, Rhode Island 02911 | $4,360.25 |
| Lawton, John | 411 Mendon Road<br>North Smithfield, Rhode Island 02896 | $411.20 |
| Lombardi, Salvatore | 22 Rutland Street<br>Cranston, Rhode Island 02920 | $3,413.10 |
| Martella, Joseph | P.O. 1503<br>North Kingstown, Rhode Island 02852 | $2,426.10 |
| Miller, Elliott | 24 Harris Street<br>Pawtucket, Rhode Island 02861 | $1,884.00 |
| Muscente, Carol | 81 Whipple Road<br>Smithfield, Rhode Island 02917 | $5,169.40 |
| Palazzolo, William | 319 Browning Road<br>Bozrah, Connecticut 06334 | $220.80 |
| Penfield, Matthew | 7 Brown Avenue<br>Johnston, Rhode Island 02919 | $3,477.50 |
| Pislowski, John | 124 Rock Avenue<br>Pawtucket, Rhode Island 02861 | $2,018.70 |
| Ryng, Stanley | 49 Village Court<br>West Warwick, Rhode Island 02893 | $4,158.35 |
| **TOTAL:** | | **$40,000.00** |